**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | ) | |
| | ) | |
| | ) | **1:15-cv-00892-ELR** |
| Plaintiff, | ) | **(Lead Case)** |
| | ) | 1:15-cv-00893-ELR |
| v. | ) | 1:15-cv-00894-ELR |
| | ) | |
| HI-TECH PHARMACEUTICALS, INC., JARED WHEAT, ADVANCED PERFORMANCE SUPPLEMENTS NUTRITION, INNOVATIVE LABORATORIES AND PRIME NUTRITION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE CONSOLIDATED PRETRIAL ORDER AND DAUBERT**
**MOTIONS UP TO AND INCLUDING SEPTEMBER 5, 2023**

This matter came before the Court pursuant to the Parties' Joint Motion for Extension of Time to File Consolidated Pretrial Order and Daubert Motions up to and including September 5, 2023 ("Joint Motion"). Having reviewed the Joint Motion and otherwise being fully advised in the premises;

The Joint Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Parties shall have up to and including September 5, 2023 to file the Consolidated Pretrial Order and any Daubert Motions.

**SO ORDERED**, this 8th day of August, 2023.


The Honorable Eleanor L. Ross
United States District Judge